IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-308-GCM

| | |
|---|---|
| CHARLES TURNER, JR., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CHRISTIAN ADOPTION SERVICES, INC., | ) |
| Defendant. | ) |

This matter is before the court upon the court's own motion. The court has reviewed the *pro se* Plaintiff's Complaint which purports to sue Christian Adoption Services under 42 U.S.C. §1983. The court finds that the Complaint is frivolous and fails to state a claim upon which relief can be granted. Moreover, it appears that the court lacks subject matter jurisdiction. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Complaint hereby DISMISSED WITH PREJUDICE.

Signed: September 22, 2011

Graham C. Mullen
United States District Judge