# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Turner ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                  3:10cv308

Christian Adoption Services, Inc.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2011 Order.

                                               Signed: September 23, 2011

                                               Frank G. Johns, Clerk
                                               United States District Court